# Fourteenth Court of Appeals

HOUSTON, TEXAS 77002

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: 14-14-00637-CV

DATE CASE FILED: 8/7/2014

STYLE: **In Re Sarah Booth**

COUNTY: Fort Bend

DESCRIPTION/SUBJECT OF CASE: Mandamus

PANEL: SM, MWB, KPW

AUTHOR: McCally

PER CURIAM: YES

OPINION ISSUED**:** October 21, 2014

OPINION DECISION: DISMISSED

RECOMMEND: DESTROY: Yes HISTORICAL: No

COMMENTS:

SIGNED: _____ Anna Etheridge (Staff Attorney)_____

DATE: October 21, 2014

—————————————\*\*FOR CLERK'S USE ONLY\*\*—————————————

MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date): _____

COMMENTS: _____

—————————————\*\*FOR CLERK'S USE ONLY\*\*—————————————

(Dispose of 6 years after final disposition)

DATE DESTROYED: _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: